```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08683
    GEORGE N TAUTZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-0648


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/20/2006 and was confirmed 12/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
ILLINOIS DEPT OF REVENUE  PRIORITY           385.05              .00          51.68
ILLINOIS DEPT OF EMPLOYM  PRIORITY        NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         13789.36              .00        1696.94
ALL AMERICAN CASH ADVANC  SECURED NOT I    4450.00               .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED       NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1485.07              .00            .00
CAPITAL ONE               UNSECURED             .00              .00            .00
CENTEGRA HEALTH SYSTEMS   UNSECURED          100.00              .00            .00
CHECK N GO                UNSECURED       NOT FILED              .00            .00
AT & T WIRELESS           UNSECURED       NOT FILED              .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED              .00            .00
FIRST CONSUMERS NB        UNSECURED       NOT FILED              .00            .00
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED              .00            .00
PREMIER BANCARD CHARTER   UNSECURED          411.93              .00            .00
GAILEE MEDICAL CTR SC     UNSECURED       NOT FILED              .00            .00
GREAT ELGIN EMERGENCY     UNSECURED       NOT FILED              .00            .00
HORIZONS BEHAVIORAL HEAL  UNSECURED       NOT FILED              .00            .00
HSBC BANK NEVADA NA       UNSECURED          938.06              .00            .00
ILLINOIS STATE BANK       UNSECURED       NOT FILED              .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         5106.04              .00            .00
KATELYN DANIELS LCPC      UNSECURED       NOT FILED              .00            .00
LYNN ELLIS MILLER         UNSECURED       NOT FILED              .00            .00
MCI WORLD COM             UNSECURED       NOT FILED              .00            .00
MISSOURI PAYDAY LOAN (MA  UNSECURED       NOT FILED              .00            .00
MONTERY COUNTY BANK       UNSECURED       NOT FILED              .00            .00
NATIONWIDE ACCEPTANCE CO  UNSECURED         3007.22              .00            .00
ECMC                      UNSECURED             .00              .00            .00
NEIMAN MARCUS             UNSECURED       NOT FILED              .00            .00
NORTHWEST COMMUNITY HOSP  UNSECURED       NOT FILED              .00            .00
NORTHWEST DIAGNOSTIC SER  UNSECURED       NOT FILED              .00            .00
NUEROCENTER               FILED LATE        1709.95              .00            .00
ST JOSEPH MEDICAL CENTER  UNSECURED       NOT FILED              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 08683 GEORGE N TAUTZ
```

```
RSHK CBUSA                  UNSECURED      NOT FILED            .00           .00
SANDMAN CHIROPRACTIC CLI    UNSECURED      NOT FILED            .00           .00
AT & T BANKRUPCTY           UNSECURED      NOT FILED            .00           .00
SHERMAN HOSPITAL            UNSECURED      NOT FILED            .00           .00
SONIC PAYDAY LOAN           UNSECURED      NOT FILED            .00           .00
TALK AMERICA LOCAL SERVI    UNSECURED      NOT FILED            .00           .00
TCF BANK                    UNSECURED      NOT FILED            .00           .00
USA PAYDAY LOANS            UNSECURED         325.00            .00           .00
MIDWEST VERIZON WIRELESS    UNSECURED        3272.51            .00           .00
WARREN E WOLSCHLAGER DC     UNSECURED      NOT FILED            .00           .00
CAPITAL ONE                 UNSECURED        1161.91            .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED          79.90            .00           .00
PARAGON WAY INC             UNSECURED         540.89            .00           .00
LVNV FUNDING LLC            UNSECURED        1101.92            .00           .00
MIDLAND CREDIT MANAGEMEN    FILED LATE      1526.01            .00           .00
SCHEINBAUM & WEST           DEBTOR ATTY    1,834.00                      1,834.00
TOM VAUGHN                  TRUSTEE                                        227.38
DEBTOR REFUND               REFUND                                            .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              3,810.00

PRIORITY                                     1,748.62
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,834.00
TRUSTEE COMPENSATION                           227.38
DEBTOR REFUND                                     .00
                    ---------------         ---------------
TOTALS               3,810.00                3,810.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE